IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAURICE BULLOCK,<br>AIS # 189070,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF ALABAMA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:15-CV-059-WKW<br>)   [WO]<br>)<br>)<br>)<br>) |

## **ORDER**

On February 9, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, and that Plaintiff Maurice Bullock's motion to dismiss (Doc. # 5) is GRANTED and this case is DISMISSED without prejudice

An appropriate final judgment will be entered separately.

DONE this 4th day of March, 2015.

                                                /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE